IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 13 C 230 |
| | ) | |
| PM HOSPITALITY STRATEGIES, INC., d/b/a | ) | JUDGE JOHN W. DARRAH |
| SHERATON MEADOWLANDS HOTEL & | ) | |
| CONFERENCE CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PM HOSPITALITY STRATEGIES, INC., d/b/a SHERATON MEADOWLANDS HOTEL & CONFERENCE CENTER, in the total amount of $396,983.15, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,651.24. In support of the Motion, Plaintiffs state as follows:

1.      On February 4, 2013, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to an authorized agent at the Defendant's place of business (a copy of the Summons and Affidavit of Service is attached as Exhibit A). Therefore, Defendant's answer was due on February 25, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

2.      In March 2013, Defendant entered into a Settlement Agreement and Mutual Release in the total amount of $281,580.14 at 5.25% interest on the declining balance. That amount included contributions, interest, liquidated damages, audit fees, and attorneys' fees for the audited period

January 1, 2008 through December 31, 2011, and the unaudited period June 2012 through January 2013. Defendant agreed to pay the settlement amount in 5 monthly installments of $47,651.25 each with a 6th payment of $47,651.28. The first payment was due on April 15, 2013. Remaining installments were due on the 15th day of each month thereafter through September 15, 2013. All installment payments were to be received no later than the close of business on or before the 15th day of the month for which such payment is due (a copy of the Settlement Agreement and Mutual Release is attached as Exhibit B, See also Affidavit of Dean Dailey attached as Exhibit D ¶ 4).

3.　　　As part of the terms of the Settlement Agreement, Defendant was also required to remain current in its on-going obligations to Plaintiff Fund. Those on-going monthly contributions were also due on the 15th day of the month following the month the work was performed. (Ex. B ¶ 2).

4.　　　In the event the Defendant was late in making any of the payments agreed to in Paragraph 1 of the Settlement Agreement, or the Defendant was late in making its on-going monthly contributions under Paragraph 2 of the Settlement Agreement, the Defendant would be considered in default and in violation of the terms of the Settlement Agreement. In the event of a default, the Defendant had five (5) business days after receiving written notice of the default to cure the default. (Ex. B ¶ 3).

5.　　　Defendant is in default under the Settlement Agreement because it failed to submit its monthly contributions due for the work months of April 2013 and May 2013. Accordingly, Defendant owes $205,349.32 for these months. (Ex. D ¶ 5).

6.　　　On May 30, 2013, Plaintiff's counsel sent a notice of default to the Defendant's President, Joseph Bojanowski, by US Mail, return receipt requested, or by overnight national courier

service, at the following address: 2020 K Street, NW, Suite 600, Washington, DC 20006 (a copy of the May 30, 2013 letter from Plaintiffs' counsel to Defendant's President, sent via UPS overnight mail, is attached as Exhibit C).

7.      Defendant failed to cure the default within five (5) business days of receiving such notice. (Ex. D ¶ 5). As such, the Defendant agrees that it is in violation of the Settlement Agreement and consents to entry of judgment for all unpaid amounts due under Paragraph 1 of the Settlement Agreement, plus all unpaid contributions that accrue through the date of entry of judgment, including all reasonable attorneys' fees and costs that the Plaintiffs may incur as a result of the Defendant's violation of the Settlement Agreement.

8.      Defendant submitted the first two (2) payments of $47,651.25 each. Accordingly, the four (4) remaining payments are now due for a total of $191,633.83. (Ex. D ¶ 5).

9.      As stated above, Defendant owes contributions for the work months of April 2013 and May 2013 in the amount of $205,349.32. (Ex. D ¶ 5).

10.      Plaintiffs have incurred costs totaling $527.49 and reasonable attorneys' fees totaling $3,115.00.

11.      For all the reasons stated, the Plaintiffs hereby move the Court for entry of default and judgment against the Defendant. Specifically, Plaintiffs request:

      A.      That judgment be entered in favor of Plaintiffs and against Defendant to include the amount of $191,633.83, being the amount remaining due pursuant to the terms of the Settlement Agreement and Mutual Release.

      B.      That judgment be entered in favor of Plaintiffs and against Defendant to include the amount of $205,349.32, due for contributions due for the work months of April 2013 and May 2013.

C.        That judgment be entered in favor of Plaintiffs and against Defendant to include the amount of $527.49 for costs and $3,115.00 as and for Plaintiffs' just and reasonable attorneys' fees.

D.        That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/  Laura M. Finnegan             

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Sheraton Meadowlands\motion for entry of default and judgment.lmf.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed and e-mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>19th</u> day of <u>June 2013</u>:

> Mr. Joseph Bojanowski
> PM Hospitality Strategies, Inc.
> 2020 K Street, NW, Suite 600
> Washington, DC   20006
> jbojanowski@pmhs.com

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Sheraton Meadowlands\motion for entry of default and judgment.lmf.df.wpd